UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                                      No. 19CR651-LTS

THEOFRASTOS LYMBERATOS (6),

                      Defendant.

-------------------------------------------------------------X

## AMENDED ORDER

      Peter M. Antioco, Esq., is relieved as CJA counsel for the defendant.  The defendant in the above-captioned matter is now represented by **CJA** counsel, David K. Bertan, Esq.

      SO ORDERED.

Dated:  New York, New York
          October 29, 2019

                                                     /s/  Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge