# DAVID K. BERTAN
ATTORNEY AT LAW
888 GRAND CONCOURSE, SUITE 1N
BRONX, NEW YORK 10451

(718) 742-1688
FAX (718) 585-8640
E-MAIL: DBERTAN@YAHOO.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-13-2020
```

**MEMO ENDORSED**

March 12, 2020

*Via ECF*

Hon. Laura Taylor Swain, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    USA v. Constantinescu
            (Theofrastos Lymberatos) 19-Cr-651 (LTS)

Dear Judge Swain:

    I am (for now) the attorney representing Mr. Theofrastos Lymberatos. He advised me today that he retained Jeffrey Einhorn, Esq. to represent him going forward. Earlier today, Mr. Einhorn filed a notice of appearance via ECF. I am requesting that this matter be scheduled for a change of counsel hearing on Friday, March 20, 2020, at 11:30 AM. Both replacement counsel and the Government are available at that time.

    Thank you for your consideration in this matter.

Very truly yours,
-S-
David K. Bertan

DKB
cc: AUSA Robert Sobelman (Via email and ECF)

*[Handwritten endorsement:]* The request for a conference is granted. The conference will be held on March 20, 2020, at 11:30AM.

SO ORDERED:

_____ 3/13/20
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE