

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 16, 2020

**BY ECF**

**MEMO ENDORSED**

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Theofrastos Lymberatos,* **19 Cr. 651 (LTS)**

Dear Judge Swain:

The Government respectfully submits this letter on behalf of both parties to jointly request that, in light of the advice given by the Centers for Disease Control and Prevention and other public health authorities to take precautions to reduce the possibility of exposure to COVID-19, the Court permit the defendant and attorneys for both parties to appear telephonically at the conference presently scheduled for March 20, 2020, at 11:30 a.m. (Dkt. No. 203).

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

The request is granted. The parties must dial in to 888 363-4734, code 1527005, at 11:30 am on Friday March 20, 2020.  DE #204 resolved.

By:  /s/ Robert B. Sobelman

Elizabeth A. Hanft
Daniel M. Loss
Samuel P. Rothschild
Robert B. Sobelman
Assistant United States Attorneys
(212) 637-2334/6527/2504/2616

SO ORDERED.
Dated:  3/17/2020
/s/Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

cc:   David Bertan, Esq. (by ECF)
      Jeffrey Einhorn, Esq. (by ECF)
      Jeffrey Lichtman, Esq. (by ECF)