UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                                                              No. 19CR651-LTS

THEOFRASTOS LYMBERATOS (6),

              Defendant.

-------------------------------------------------------------X

**ORDER**

      David K. Bertan, Esq., is relieved as retained counsel for the defendant. The defendant in the above-captioned matter is now represented by retained counsels, Jeffrey H. Lictman, Esq. and Jeffrey B. Einhorn, Esq.

      SO ORDERED.

Dated: New York, New York
       March 20, 2020

                                                        /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                                     United States District Judge