LAW OFFICES OF
## JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
JASON GOLDMAN

PH: (212) 581-1001
FX: (212) 581-4999

December 15, 2020

**BY ECF**
Hon. Laura Taylor Swain
United States District Judge
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: <u>United States v. Constantinescu, et al.</u>, 19 CR 651 (LTS)

Dear Judge Swain:

      I am writing on behalf of defendant Theofrastos Lymberatos to respectfully request a modification of the defendant's bail conditions which would permit him to exercise ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Should this request be granted, and pending a Covid-19 related closure, Mr. Lymberatos would exercise at CEA Fitness in Port Washington, New York, after his employment and counseling sessions have completed, from 8:00 p.m. until 9:30 p.m. on weekdays. Both the government, by Robert Sobelman, and Pretrial Services take no position on this application.

      By way of background, Judge Wang released the defendant on October 10, 2019 pursuant to a $250,000 personal recognizance bond secured by two financially responsible persons and $250,000 in property, with travel limited to the Southern and Eastern Districts of New York, and additional conditions including home detention and GPS location monitoring. In the time since his release, the defendant has remained compliant with the aforementioned conditions and Mr. Lymberatos is now permitted to be out of his home every Monday through Friday from 5:30 a.m. through 8:30 p.m. for his employment and to attend anger management classes.[1]

---

[1] Because there is no PAC therapy on Fridays, Mr. Lymberatos is permitted to leave his house starting at 5:50 a.m. that day.

JEFFREY LICHTMAN

Hon. Laura Taylor Swain
United States District Judge
December 15, 2020
Page 2

    Thank you for the Court's consideration of this application. I remain available for a teleconference should Your Honor deem it necessary.

                        Respectfully submitted,

                        Jeffrey Lichtman

cc:    All counsel (by ecf)
        Pretrial Services (by email)

    The requested modification is granted.  DE# 399 resolved.

SO ORDERED:

/s/ Laura Taylor Swain, USDJ
HON. LAURA TAYLOR SWAIN, U.S.D.J.

# EXHIBIT A

