LAW OFFICES OF
# JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
JASON GOLDMAN

PH: (212) 581-1001
FX: (212) 581-4999

April 22, 2021

**BY ECF**
Hon. Laura Taylor Swain
United States District Judge
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: <u>United States v. Constantinescu, et al.</u>, **19 CR 651 (LTS)**

Dear Judge Swain:

    I am writing on behalf of defendant Theofrastos Lymberatos to respectfully request a modification of the defendant's bail conditions which would permit him to relocate to Naperville, Illinois in order to accept an offer of employment from VEPO Solutions as a communications technician installing water meter transmitters.

    Pretrial Services, by USPSO Keyana Pompey, has no objection to this application, but has indicated that Mr. Lymberatos' status as being on home detention is not suitable for this line of work as he will not be stationary throughout the day. Instead, Ms. Pompey recommends that Mr. Lymberatos be either transitioned to a curfew to permit this employment, or that the defendant's location monitoring be discontinued as he has encountered no compliance issues to date. The government, by AUSA Robert Sobelman, defers to Pretrial Services with regard to this relocation request, as well as the transitioning of the defendant to a curfew, but objects to removing him from location monitoring. Should Your Honor be inclined to grant this application and transition Mr. Lymberatos to a curfew, we would respectfully request that he be permitted outside of his residence from 5:30 a.m. until 9:30 p.m. each day.

    By way of background, Judge Wang released the defendant on October 10, 2019 pursuant to a $250,000 personal recognizance bond secured by two financially responsible persons and $250,000 in property, with travel limited to the Southern and Eastern Districts of New York, and additional conditions including home detention and GPS location monitoring. In the time since his release, the defendant has remained compliant with the aforementioned conditions and Mr.

JEFFREY LICHTMAN

Hon. Laura Taylor Swain
United States District Judge
April 22, 2021
Page 2

Lymberatos is now permitted to be out of his home every Monday through Friday from 5:30 a.m. through 8:30 p.m. for his employment and to attend anger management classes.[1]

Thank you for the Court's consideration of this application. I remain available for a teleconference should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Lichtman

cc: All counsel (by ecf)
    Pretrial Services (by email)

The foregoing relocation and curfew modification requests are granted. Defendant shall remain subject to location monitoring. DE# 614 resolved.

SO ORDERED:

/s/ Laura Taylor Swain
_____
HON. LAURA TAYLOR SWAIN, U.S.D.J.

---

[1] Because there is no PAC therapy on Fridays, Mr. Lymberatos is permitted to leave his house starting at 5:50 a.m. that day.