LAW OFFICES OF
# JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
JASON GOLDMAN

PH: (212) 581-1001
FX: (212) 581-4999

August 30, 2021

BY ECF
Hon. Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: <u>United States v. Constantinescu, et al.</u>, 19 CR 651 (LTS)

Dear Judge Swain:

  I am writing on behalf of defendant Theofrastos Lymberatos to respectfully request a thirty day adjournment of the defendant's sentencing so that I may source records and provide the Court with the details of Mr. Lymberatos' ongoing therapy in my sentencing submission as relevant pursuant to 18 U.S.C. § 3553(a). Unfortunately, given the ongoing COVID-19 pandemic, sourcing these records has taken longer than I anticipated. The government, by AUSA Robert Sobelman, has no objection to this application.

  Thank you for the Court's consideration on this application; I remain available for a teleconference should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Lichtman

cc: All counsel (by ecf)

The foregoing adjournment request is granted. The sentencing proceeding is hereby rescheduled for October 27, 2021 at 2:30pm. Dkt no. 818 resolved.
SO ORDERED.
9/1/2021
/s/ Laura Taylor Swain, Chief USDJ