UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                          No.  19 CR 651 (LTS)

THEOFRASTOS LYMBERATOS,

        Defendant.

-------------------------------------------------------x

## ORDER

The sentencing proceeding scheduled in the above captioned case for December 6, 2021, at 12:00pm is hereby rescheduled for January 12, 2022, at 2:00pm.

SO ORDERED.

Dated: New York, New York
         October 12, 2021

                                                                  /s/ Laura Taylor Swain
                                                                  LAURA TAYLOR SWAIN
                                                                  Chief United States District Judge