UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

-v-                                                            No. 19-CR-651-LTS

THEOFRASTOS LYMBERATOS,                       ORDER

       Defendant.

-------------------------------------------------------x

       The sentencing hearing in this case is scheduled to proceed on **January 12, 2022**, at **2:00pm**, in Courtroom 17C. The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

       The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

       SO ORDERED.

Dated: New York, New York        /s/ Laura Taylor Swain
       January 7, 2022        LAURA TAYLOR SWAIN
               Chief United States District Judge