LAW OFFICES OF
# JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
DAVID GELFAND

PH: (212) 581-1001
FX: (212) 581-4999

April 21, 2022

**BY ECF**
Hon. Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: **United States v. Constantinescu, et al., 19 CR 651 (LTS)**

Dear Judge Swain:

I am writing on behalf of defendant Theofrastos Lymberatos to respectfully request a modification of the defendant's conditions of release which would permit him to have his location monitoring bracelet removed on April 27, 2022 in advance of his surrender to FCI Loretto the following day. According to Pretrial Services, Mr. Lymberatos' location monitoring bracelet could not be removed by them on the day of his surrender due to the distance to the prison, and if the device is removed by the Bureau of Prisons, it is unlikely to be returned to the Southern District. Pretrial Services consents to this request, and the government, by AUSA Robert Sobelman, defers to this position.

Thank you for the Court's consideration of this application. I remain available for a teleconference should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Lichtman

cc:   All counsel (by ECF)
      Pretrial Services (by email)

The foregoing request is granted.  Dkt. no. 1057 resolved.
SO ORDERED.
4/25/2022
/s/ Laura Taylor Swain, Chief USDJ