LAW OFFICES OF
# JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
DAVID GELFAND

PH: (212) 581-1001
FX: (212) 581-4999

August 14, 2023

**BY ECF**
Hon. Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: <u>United States v. Constantinescu, et al.</u>, 19 CR 651 (LTS)

Dear Judge Swain:

    I am writing on behalf of defendant Theofrastos Lymberatos and without objection from the government to respectfully request that Pretrial Services be directed to return Mr. Lymberatos' passport to his family as the defendant is presently serving the term of incarceration imposed by Your Honor.

    Thank you for the Court's consideration of this application. I remain available for a conference should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Einhorn

cc: AUSA Robert Sobelman (by ECF)

The foregoing request is granted. Pretrial Services is directed to return Mr. Lymberatos' passport to his family. DE 1470 is resolved.
SO ORDERED.
August 15, 2023
/s/ Laura Taylor Swain, Chief USDJ