UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
        -against-                   :          **ORDER**
                                    :
THEOFRASTOS LYMBERATOS              :        19cr651(LTS)
                                    :         Docket #
                                    :
------------------------------------x


**Sarah L. Cave,** _____ Magistrate Judge
   Judge's Name

The C.J.A. attorney assigned to receive cases on this day,
**Carla Sanderson** _____ is hereby ordered to assume
representation of the defendant in the above captioned
matter, NUNC-PRO-TUNC **11/27/2023** _____ .

SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

**Dated:   New York, New York**
         11/28/23