Case 1:19-cr-00651-LTS   Document 1532   Filed 06/11/24   Page 1 of 1

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)                Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| United States of America<br>v.<br>THEOFRASTOS LYMBERATOS | )<br>)<br>)   Case No:  01:19crim651-06 (LTS)<br>)   USM No:  87286-054<br>) |
| Date of Original Judgment: 01/14/2022<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )   Jeffery H. Lichtman, Esq. and Jeffrey B. Einhorn, Esq.<br>)   *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  **47**  months **is reduced to**  **41**  .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  01/14/2022  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  06/07/2024

/s/ *Laura Taylor Swain*
Judge's signature

Effective Date: _____
*(if different from order date)*

Laura Taylor Swain, Chief U.S.D.J.
*Printed name and title*