# **MEMO ENDORSED**

LAW OFFICES OF
## JEFFREY LICHTMAN
441 LEXINGTON AVENUE
SUITE 504
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
MATTHEW COHAN

PH: (212) 581-1001
FX: (212) 581-4999

March 31, 2025

**BY ECF**
Hon. Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Constantinescu, et al.</u>, 19 CR 651 (LTS)

Dear Judge Swain:

I am writing on behalf of defendant Theofrastos Lymberatos to respectfully request permission for the defendant to travel to Kefalonia, Greece from April 3 through April 11, 2025 in order to attend the funeral of his grandmother, who passed away this weekend. The government, by AUSA Margaret Lynaugh, and Probation, by USPO Rosie Anderson, both have no objection to this application. If approved, Mr. Lymberatos would provide a detailed travel itinerary to USPO Anderson.

Thank you for the Court's consideration of this application; I remain available for a conference should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Einhorn

cc: AUSA Maggie Lynaugh (by ECF)
USPO Rosie Anderson (by email)

The foregoing request is granted. DE 1575 resolved.
SO ORDERED.
3/31/2025
/s/ Laura Taylor Swain, Chief USDJ