# **MEMO ENDORSED**

**LAW OFFICES OF**
**JEFFREY LICHTMAN**
441 LEXINGTON AVENUE
SUITE 504
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
MATTHEW COHAN

PH: (212) 581-1001
FX: (212) 581-4999

April 7, 2025

**BY ECF**
Hon. Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Constantinescu, et al.</u>, 19 CR 651 (LTS)

Dear Judge Swain:

I am writing on behalf of defendant Theofrastos Lymberatos to respectfully request that the return date for Mr. Lymberatos' trip to Greece to attend his grandmother's funeral be changed from April 11, 2025 (as per Your Honor's March 31, 2025 Order) to April 13, 2025. To briefly explain, Mr. Lymberatos accidentally provided an incorrect date to counsel for his return flight to the United States at the time his application was made to the Court. The government, by AUSA Robert Sobelman, and Probation, by USPO Rosie Anderson, both have no objection to this application. Mr. Lymberatos has been, and will continue to be in touch with USPO Anderson concerning his itinerary.

Thank you for the Court's consideration of this application; I remain available for a conference should Your Honor deem it necessary.

Respectfully submitted,

/s/ Jeffrey Einhorn

cc: AUSA Robert Sobelman (by ECF)
USPO Rosie Anderson (by email)

The foregoing request is granted. DE 1577 resolved. SO ORDERED.
4/8/2025
/s/ Laura Taylor Swain, Chief USDJ