UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES

v.                                                    19-CR-651-LTS-6

THEOFRASTOS LYMBERATOS

Defendant.

ORDER

The Court has received Defendant Theofrastos Lymberatos's letter seeking early

termination of supervised release pursuant to 18 U.S.C. § 3583.  (Docket entry no. 1622.)  The

Government is hereby directed to file a response to Mr. Lymberatos's motion by **March 27,**

**2026** and to promptly mail it to Mr. Lymberatos at the address listed below.  Should Mr.

Lymberatos wish to file a reply to the Government's response, he must do so by **April 27, 2026**.

The Clerk of Court is respectfully directed to mail the Defendant a copy of this

Order at the address listed below.


SO ORDERED.

Dated: New York, New York
       March 13, 2026


                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge

Mail to:

Theofrastos Lymberatos
46-34 202nd Street
Bayside, NY 11361